```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RAHN                      :        CIVIL ACTION
                                :
        v.                      :
                                :
RONALD NARDOLILLO, et al.       :        NO. 07-3538
```

ORDER

AND NOW, this 12th day of May, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the request of plaintiff David Rahn for the appointment of counsel is DENIED.

                                            BY THE COURT:


                                        /s/ Harvey Bartle III
                                                        C.J.