```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RAHN                      :       CIVIL ACTION
                                :
        v.                      :
                                :
RONALD NARDILLO, et al.         :       NO. 07-3538
```

ORDER

AND NOW, this 28th day of July, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the defendants for summary judgment is GRANTED; and

(2) judgment is entered in favor of defendants Ronald Nardolillo (incorrectly denominated Ronald Nardillo), Leslie Rimel (incorrectly denominated Ms. Rimer), and Phillip Carter (incorrectly denominated Mr. Carter) and against plaintiff David Rahn.

BY THE COURT:

/s/ Harvey Bartle III
                 C.J.